B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

    Plaintiffs: Howard Loe Justice Jr.

    Defendants: City of Charleston West Virginia
    South Central Regional Jail

**FILED**
MAY 21 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

2.  Court (if federal court, name the district; if state court, name the county);

    Kanawha County Court House
    Charleston West, Virginia

3.  Docket Number: 2:19-cv-00676

4.  Name of judge to whom case was assigned:

    Judge Dwane L. Tinsley

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    Dismissed Do to merits Failure to file in timely objections 28 4,5,6, & 636(B)-I,

6.  Approximate date of filing lawsuit: 12/30/2019

7.  Approximate date of disposition: 12/2/2019

2

II. **Place of Present Confinement:** South central regional Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓     No ____

    C. If you answer is YES:

        1. What steps did you take? I went threw the chain of command required By the Grivance Process

    4/28/23   2. What was the result? Excesi Police wort's Grivance #20 SRJ & CF A-5041002A / 20 SRJ & CF A6041002B

    D. If your answer is NO, explain why not: ____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Howard Justice Jr.

       Address: 1001 South central reg Jail 25309

    B. Additional Plaintiff(s) and Address(es): N/A

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _Stevens_

is employed as: _correctional officer_

at _South Central regional Jail_

D. Additional defendants: _Charleston Area Medical Center._

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or around 3/28/2020 or 3/29/2020 I was took to C.A.M.C. for seizures I was admited and put in a Room I was not in restraints and I had a seizure I come to myself in the floor Beside the Bed. I was took to be given a cat scan for Banging my head off the floor and got hurt.

4

V.  Relief (continued)):

To be Payed monetary damages for Pain and Suffering medical Bills mental anguish I seek the amount the medical Bills are and 3,000,000.00 for cruel and unusal Punishment.

VII.  Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ____

If so, state the name(s) and address(es) of each lawyer contacted:
Warner Law office 227 capitol Street charleston W. 25301
Danny cline, 101 west Konawha Street Beckley WV 25801
Ellis Ellis and love P.O. Box 1266 Charleston WV. 25325
George J. Cusenza 1130 market St. Parkersburg WV. 26102

If not, state your reasons: ____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____    No ✓

6

If so, state the lawyer's name and address:

_Howard Lee Justice Jr. = Counsel_
_Rep_

Signed this __29__ day of __April__, 20__20__.

_Howard Lee Justice Jr._
_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __29 April 2020__.
              (Date)

_Howard Lee Justice Jr._
Signature of Movant/Plaintiff

_Howard Lee Justice Jr._
Signature of Attorney
(if any)

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LEA ANNA BESS
1001 CENTRE WAY
CHARLESTON, WV 25309
My Commission Expires Jan. 22, 2025

OFFICIAL SEAL
NOTARY PUBLIC
OF WEST VIRGINIA
ANNA BESS
CENTRE WAY
WV 25309
Jan. 22, 2025

_Lea Anna Bess_
1-22-25

**WVDCR Inmate Grievance Form**

WVDCR Policy Directive 335.00
15 February 2021
Attachment #2
GENERAL DISTRIBUTION

Grievance No. 20-SCF-A5-041002A

Inmate Name: Howard Lee Justice Jr.
OID #: 3519-70
Date of Grievance: 4/9/20

20SCCF OCF A6-041002B

State Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance be concise file with Director of Inmate Services. NO WRITING ON BACK):

On the Date of 3/31/20 I had a seizure in A-5 I was rushed to the hospital with Focus to be restrained by my ankle & wrist on inmates dates and years I have had other seizures and is Life Threatening.

Relief Sought (state what you want):

[illegible handwriting about relief sought]

Inmate's Signature: [signature]

(The inmate may attach one 8.5 x 11 sheet if necessary, at this level only)

**Director of Inmate Services Response** (attach additional sheet if needed)

Accepted ___ Rejected ✓ Reason for rejection: Medical

Date: 4-20-20

Response on Merits if accepted: The hospital called & asked the medical Department if the restraints could be removed.

Signature: R. Theron

Resolved: ___ (if so initial and give copy to Director of Inmate Services)  Appealed to Superintendent [initial] Date: 4/21/20

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: [signature]   Date: 4/21/20

**Action by Superintendent:**

Accepted ✓ Rejected ___ Reason for rejection: ___

Date: ___

Response on Merits if accepted: ___ Remand to Unit for further action ___ Affirm unit and/or deny grievance ___ Grant the Grievance as specified

Comments: According to your medical records, you returned to the facility on 3/31/2020. There are no notes of the incident you described on that date.

Superintendent's Signature: [signature]   Date: 4-28-2020 (Attach additional sheet if necessary)

Resolved: ___ (if so initial and give copy to Director of Inmate Services)  Appealed to Commissioner [initial]

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: [signature]   Date: 4/28/2020

**Action by Commissioner:**

Accepted ___ Rejected ✓ Reason for: Affirm Sup

Response on Merits if accepted: ___

Rejected:
☑ Excessive Pages
☐ Use 335.0/325.0

Date: ___ Received MAY 04 2020
___ Other, memo attached.

West Virginia Division of Corrections & Rehabilitation

Harold Lee Justice Jr.   #35-311090   Grievance   DOB 4-9-[?]

On the Date of 3/31/20 I had a Seizure in A-5 I was moved to the Hospital Unit. I was to be restrained to the Bed in accordance with Foley Directive. This was never done. I had another Seizure. I got hurt. My Record Shows of seizures dates and years I have had seizures that was life threating.

Relief Sought

This cruel and unusual Punishment to me does not happen to me again. Inmate litigation on Inmate Lawsuites requires me to address this thru the Grievance Process Before monetary Punitive Damages can be Sought.

Betsy C. Jividen, Commissioner          4/28/20

My Name is Howard L. Justice, I'm writing in regards to a Incident that occured on 3/31/2020 at Charleston area medical center, I have a medical condition I have Seizures and I was admited Several times Since I have been in the Division of correction's, when I was at the Hospital on 3/31/2020 I had a Seizure and I Ended up on the Floor with the Nurse yelling at the correctional officer who was on Hospital duty for not having me cuffed, and shackled to the Bed, he got suspended from Hospital Duty. I filed a Grivence, and their answer was the Hospital called the Jail and ask for the restrents to be removed, if that was the case, Miss Jividen why did the correctional-officer get suspended.

The Hospital feels that they are at fault for stateing they called the Jail in reason the Hospital is not at fault this is clearly fault of the Jail for not following Policy Directive. Will you Please look into this Issue.

Very Much Respected

Howard Qustin

4/28/2020

# Grivence Part 4
# 20 SCRJ & CF 14-5 04/06/20
# 20 SCRJ & CF 14-6 04/06/20

x Notary

CC:

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
LEA ANNA BESS
1001 CENTRE WAY
CHARLESTON, WV 25309
My Commission Expires Jan. 22, 2025

Lea Anna Bess
1-22-25